**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICHAEL I. CUNNINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) Case No. 15-CV-018-JHP-KEW |
| Defendant. | ) |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On October 30, 2015 the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's failure to prosecute this case. The Magistrate Judge recommended that this case be dismissed for Plaintiff's failure to prosecute. Plaintiff has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on October 30, 2015, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order and this case is **DISMISSED** for Plaintiff's failure to prosecute.

IT IS SO ORDERED this 20th day of November, 2015.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma